UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 9:18-CV-80513-ROSENBERG/REID

ROOSEVELT MONDESIR,

    Petitioner,

v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING AND CLOSING CASE**

This matter is before the Court upon Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. DE 1. The Court previously referred this case to Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on all dispositive matters.

Judge Reid issued a Report and Recommendation in which she recommended that the Petition be denied. DE 15. Petitioner has filed no Objections to the Report and Recommendation. The Court has reviewed the Report and Recommendation and the entire record and is otherwise fully advised in the premises. The Court agrees with the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 15] is **ADOPTED** as the Order of the Court.

2. Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 1] is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of the Court is instructed to **CLOSE THIS CASE**. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of January, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Petitioner
Counsel of Record